UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                            Debtor.<br><br>PLAINTIFF-E 0108, PLAINTIFF 2020-1999350 and PLAINTIFF 2020-1999449,<br><br>                            Appellants,<br><br>                -against-<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                            Appellee. | 23-CV-6975 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated: August 11, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge